UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL T. EDWARDS, GERRY WEDROVSKY, SANDRA DESROSIERS and LINDA SOFFRON on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>NORTH AMERICAN POWER AND GAS, LLC,<br><br>Defendant. | NO. 3:14-CV-01714 (VLB)<br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 12, 2016 |

## MOTION FOR ADMISSION OF PETER G. SIACHOS *PRO HAC VICE*

Greil Roberts, counsel to defendant North American Power and Gas, LLC ("NAPOW" or "Defendant") in the above-captioned matter and a member in good standing of the Bar of this Court, respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Peter G. Siachos, an attorney also with the law firm of Gordon & Rees LLP, as a visiting lawyer, *pro hac vice*, to serve as Defendant's counsel in the above-captioned action. In support of this Motion, the undersigned represents as follows:

1. Mr. Siachos is a partner at the law firm of Gordon & Rees LLP, the same law firm of the sponsoring attorney, Greil Roberts. Mr. Siachos' office address and contact information is as follows:

> Gordon & Rees LLP
> 18 Columbia Turnpike, Suite 220
> Florham Park, NJ 07932
> Phone: (973) 549-2532
> Fax: (973) 377-1911
> Email: psiachos@gordonrees.com

2. Mr. Siachos is a member of the Bars of the following Courts, with corresponding year of bar admission and bar registration numbers: District of Columbia (2006 – Registration No.: 497931), New Jersey (2005 – Registration No.: 40892005), New York (2006 – Registration No.: 4436168), Pennsylvania (2014 – Registration No.: 318250) and South Carolina (2000 - Registration No.: 68465). I am also licensed to practice in the following federal jurisdictions, with corresponding year of bar admission: United States District Court, District of New Jersey (2005), United States District Court, District of South Carolina (2000); United States District Court, Southern District of New York (2006),United States District Court Eastern District of New York (2006),United States District Court Northern District of New York (2010), United States District Court Western District of New York (2011),United States Bankruptcy Court, District of New Jersey (2011), United States Bankruptcy Court Southern District of New York (2013),United States Bankruptcy Court Eastern District of New York (2013),United States Court of Appeals Second Circuit (2006),United States Court of Appeals Third Circuit (2006),United States Court of Appeals Fourth Circuit (2000), and Supreme Court of the United States (2006). Mr. Siachos has never been a member of the Bar of any other Court.

3. Mr. Siachos has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. Mr. Siachos has not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. Mr. Siachos has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Mr. Siachos has designated the undersigned sponsoring attorney Greil Roberts, with an office address of Gordon & Rees LLP, 95 Glastonbury Boulevard, Suite 206, Glastonbury, Connecticut 06033, as his agent for service of process and all papers, and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission. The undersigned sponsoring attorney is a member in good standing of the Bar of the State of Connecticut (Bar No.: 432973) and the United States District Court for the District of Connecticut (Bar No.: ct29324).

7. Upon admission under D. Conn. L. Civ. R. 83.1(d), Mr. Siachos agrees to promptly file with the Clerk of this Court a certificate of good standing from the State of New Jersey, the court of the state in which he has his primary office. Mr. Siachos agrees to file such certificate of good standing no later than sixty (60) days after the date of admission.

8. Attached hereto as **Exhibit A** is the duly sworn and executed Affidavit of Peter G. Siachos, as required under D. Conn. L. Civ. R. 83.1(d). Payment in the amount of $75.00 necessary to cover the fee required under the Local Rules for admission of Peter G. Siachos as a visiting lawyer, *pro hac vice*, is hereby made to this Court.

9. Plaintiff's counsel consents to this motion.

10. WHEREFORE, the undersigned, on behalf of Defendant Convergent Outsourcing, Inc. d/b/a ER Solutions, respectfully requests that the Court grant the Motion for Admission of Peter G. Siachos *Pro Hac Vice*.

Respectfully submitted,

DEFENDANT,
NORTH AMERICAN POWER & GAS, LLC

BY _____
Greil Roberts (ct29324)
Gordon & Rees LLP
95 Glastonbury Blvd., Ste 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Fax: (860) 560-0185
Email: groberts@gordonrees.com

Its Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on September 12, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

BY _____
Greil Roberts (ct29324)
Gordon & Rees LLP
95 Glastonbury Blvd., Ste 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Fax: (860) 560-0185
Email: groberts@gordonrees.com