# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL T. EDWARDS, GERRY WENDROVSKY, SANDRA DESROSIERS and LINDA SOFFRON, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN POWER & GAS, LLC,<br><br>     Defendant. | Case No: 3:14-cv-1714 (VAB) |

## PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF AWARD OF ATTORNEYS' FEES AND EXPENSES AND PLAINTIFF SERVICE AWARDS

Plaintiffs Paul Edwards, Gerry Wendrovsky, Sandra Desrosiers, Linda Soffron, John Arcaro, Michael Tully, David Fritz, and Peggy Zahn (collectively, "Plaintiffs"), individually and on behalf of the Settlement Class,[1] respectfully move that the Court:

(1) Certify the Settlement Class;

(2) Appoint Plaintiffs as Representatives of the Settlement Class;

(3) Appoint Robert Izard, Craig Raabe and Seth Klein of Izard, Kindall & Raabe, LLP ("IKR"); D. Greg Blankinship and Todd S. Garber of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG"), Matthew R. Mendelsohn of Mazie Slater Katz & Freeman, LLC ("MSKF"), and Matthew D. Schelkopf of McCune Wright Arevalo, LLP ("MWA") as Class Counsel for the Settlement Class; and

---

[1] All capitalized terms have the meaning set out in the Settlement Agreement (ECF No. 116-1).

(4) Approve the Class Action Settlement and the terms thereof as set forth in the Settlement Agreement.

Plaintiffs also respectfully move that the Court award attorneys' fees and expenses and Plaintiff service awards as follows:[2]

(a) Award attorneys' fees to Class Counsel in the amount of $3,154,805.12 (constituting 16% of the total value of the Settlement);

(b) Award Class Counsel the additional amount of $474,194.88 for expenses reasonably and necessarily incurred in the prosecution of the litigation;

(c) Award Plaintiffs $5,000 each for their time and effort on behalf of the Settlement Class.

In support of this Motion, Plaintiffs have filed a Memorandum of Law and separate supporting declarations of Class Counsel Robert A. Izard, D. Greg Blankinship, Richard Gordon, Matthew R. Mendelsohn, and Matthew D. Schelkopf, as well as the Declaration of Joseph F. Mahan of the Heffler Claims Group, the Settlement Administrator appointed by the Court in this case.

Following the June 26, 2018 deadline for claims, requests for exclusion and objections, Class Counsel will also file a pdf of a form of [Proposed] Order (and will submit a Word copy to Chambers upon request of the Court).

Dated: June 11, 2018

**Plaintiffs,**

By: */s/ Robert A. Izard*
Robert A. Izard
Craig A. Raabe
Seth R. Klein

---

[2] Plaintiffs' request for approval of the Settlement is separate from, and not dependent upon, approval of Plaintiffs' request for an award of attorneys' fees and expenses and service awards. *See* Settlement Agreement at ¶ 7.2.

**Izard Kindall & Raabe, LLP**
29 South Main St., St. 305
West Hartford, CT 06107

D. Greg Blankinship
Todd S. Garber
Antonino B. Roman
**Finkelstein, Blankinship, Frei-Pearson & Garber, LLP**
445 Hamilton Avenue, Suite 605
White Plains, New York 10601

Matthew R. Mendelsohn
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068

Matthew D. Schelkopf
**McCune Wright Arevalo LLP**
555 Lancaster Avenue
Berwyn, PA 19312

**CERTIFICATE OF SERVICE**

     I, Seth R. Klein, hereby certify that on this 11th day of June, 2018, the foregoing and the supporting Memorandum and all supporting Declarations were filed electronically. Notice of these filings will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document though the court's CM/ECF system.

                                          /s/ Seth R. Klein
                                          Seth R. Klein